No. 97–1922. PORT AUTHORITY TRANS-HUDSON CORPORATION *v.* FEDERAL RAILROAD ADMINISTRATION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–1923. MEISNER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WEATHERLY, DECEASED *v.* POTLATCH CORP. ET AL. Sup. Ct. Idaho. Certiorari denied.

No. 97–1925. SUTTON *v.* SELTZER ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1926. SUTTON *v.* ESTATE OF SUTTON ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–1928. EMERY *v.* AMERICAN GENERAL FINANCE, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–1930. CESSNA AIRCRAFT CO. *v.* DALTON, SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 97–1931. VANNER *v.* OUR LADY OF THE LAKE HOSPITAL ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 97–1934. BRIENT *v.* PETRO PSC, LP. C. A. 6th Cir. Certiorari denied.

No. 97–1935. CAL-ALMOND, INC., ET AL. *v.* DEPARTMENT OF AGRICULTURE. C. A. 9th Cir. Certiorari denied.

No. 97–1936. BENEFIEL *v.* IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 97–1937. CITY OF ATLANTIC CITY *v.* PEVNER. C. A. 3d Cir. Certiorari denied.

No. 97–1938. BIAGI ET UX. *v.* UNITED STATES FOREST SERVICE. C. A. 9th Cir. Certiorari denied.

No. 97–1939. TAYLOR *v.* HAM, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE, PONCA CITY POLICE